JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | LACV 25-05512-KK-MBKx | Date: | December 4, 2025 |
| Title: | *Joshua Meadors v. The State Bar of California et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **(In Chambers) Order Dismissing Action Without Prejudice**

On August 25, 2025, the Court issued an Order granting plaintiff Joshua Meadors' ("Plaintiff") request to proceed in forma pauperis and requiring plaintiff Joshua Meadors to pay an initial partial filing fee of $21.41 within 30 days. ECF Docket No. ("Dkt.") 6. Plaintiff was expressly advised failure to comply would result in this action being dismissed without prejudice. Id. To date, over 90 days since the Court's August 25, 2025 Order, Plaintiff has not paid the required initial filing.

Accordingly, the instant action is DISMISSED WITHOUT PREJUDICE. (JS-6)

**IT IS SO ORDERED**.